■ In the Matter of WALTER SIBEN, an Attorney, Respondent. JOHN P. COHALAN, JR., as District Attorney of Suffolk County, Petitioner.—

It is our opinion, however, that for such professional misconduct the respondent should be suspended from practice for a period of six months. Accordingly, the respective motions are granted to the extent indicated, and otherwise denied; the Referee's report is confirmed to the extent indicated and disaffirmed to the extent indicated; and respondent is suspended from the practice of the law for a period of six months, commencing 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Rabin and Hopkins, JJ., concur; Hill, J., not voting.